Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 05 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

UNITED STATES OF AMERICA
### V.

Angelique N. Kennedy

| | |
|---|---|
| Case Number: | 4:11CR00156-16-JLH |
| USM | 26777-009 |

**Date of Original Judgment:** <u>October 30, 2012</u>

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   **X** the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account
the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a),
to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.
**X** GRANTED and the defendant's previously imposed sentence of imprisonment of
46 months **is reduced to 37 months.**

Except as provided above, all provisions of the judgment dated October 30, 2012 will remain in effect.

**IT IS SO ORDERED.**

Order Date: <u>Nov. 5, 2014</u>

_____
United States District Judge

Effective Date: <u>November 1, 2015</u>
(If different from order date)